UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A & G GOLDMAN PARTNERSHIP; and PAMELA GOLDMAN<br><br>Appellants,<br>v.<br><br>IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>-and-<br><br>CAPITAL GROWTH COMPANY; DECISIONS, INC.; FAVORITE FUNDS; JA PRIMARY LIMITED PARTNERSHIP; JA SPECIAL LIMITED PARTNERSHIP; JAB PARTNERSHIP; JEMW PARTNERSHIP; JF PARTNERSHIP; JFM INVESTMENT COMPANIES; JLN PARTNERSHIP; JMP LIMITED PARTNERSHIP; JEFFRY M. PICOWER SPECIAL COMPANY; JEFFRY M. PICOWER, P.C.; THE PICOWER FOUNDATION; THE PICOWER INSTITUTE OF MEDICAL RESEARCH; THE TRUST F/B/O GABRIELLE H. PICOWER; BARBARA PICOWER, individually and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabriel H. Picower,<br><br>Appellees. | 14-CV-07058<br><br>STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE |

Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and the estate of Bernard L. Madoff, individually, by and through his counsel; the Picower Parties[1] as intervenors (the "Intervenors"), by and through their counsel (the Trustee and Intervenors are collectively referred to as the "Appellees"); and A&G Goldman Partnership and Pamela Goldman (the "Goldman Appellants"), by and through their counsel (the Appellees and Appellants are collectively referred to as the "Parties"), hereby

---

[1] The "Picower Parties" are: Capital Growth Company; Decisions, Inc.; Favorite Funds; JA Primary Limited Partnership; JA Special Limited Partnership; JAB Partnership; JEMW Partnership; JF Partnership; JFM Investment Companies; JLN Partnership; JMP Limited Partnership; Jeffry M. Picower Special Company; Jeffry M. Picower, P.C.; the Picower Foundation; the Picower Institute of Medical Research; the Trust F/B/O Gabrielle H. Picower; Barbara Picower, individually, and as executor of the estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust F/B/O Gabriel H. Picower.

stipulate and agree as follows:

WHEREAS, on July 14, 2014, the Goldman Appellants filed a notice of appeal from the Memorandum Decision Granting Plaintiff's Motion for an Injunction entered by the Honorable Stuart M. Bernstein, Bankruptcy Judge for the U.S. Bankruptcy Court for the Southern District of New York, on June 23, 2014 in *Picard v. Marshall*, Adv. Pro. No. 14-01840 (the "Decision"), and the related order (the "Goldman Appeal");

WHEREAS, on August 29, 2014, the Goldman Appellants' appeal was docketed in the above-captioned case;

WHEREAS, the Goldman Appellants requested and the Parties have agreed to modify the briefing schedule otherwise applicable under Federal Rule of Bankruptcy Procedure 8009.[2]

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES:

1. The Goldman Appellants' brief shall be due on or before September 26, 2014.

2. The Appellees' briefs shall be due on or before October 13, 2014.

3. The Goldman Appellants' reply brief shall be due on or before October 27, 2014.

4. The Parties' opening briefs shall be no longer than 50 pages in length and the reply brief shall be no longer than 25 pages in length.
5. Other than as set forth above, the Parties reserve all rights and defenses they may have in this action, and entry into this stipulation shall not impair or otherwise affect any such rights.

*[Remainder of page deliberately left blank]*

---

[2] On July 14, 2014, Adele Fox, Susanne Stone Marshall, Russell Oasis, and Marsha Peshkin (the "Fox Appellants") also filed a notice of appeal from the Decision and related orders (the "Fox Appeal"), which has been docketed as Case Number 14-CV-06790 in the U.S. District Court for the Southern District of New York. On August 29, 2014, a so-ordered stipulation was entered in the Fox Appeal setting forth a briefing schedule.

Dated: September 11, 2014
New York, New York

BAKER & HOSTETLER LLP

By: /s/ Keith R. Murphy /for with permission
David J. Sheehan
dsheehan@bakerlaw.com
Deborah H. Renner
drenner@bakerlaw.com
Tracy L. Cole
tcole@bakerlaw.com
Keith R. Murphy
kmurphy@bakerlaw.com

45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

HERRICK, FEINSTEIN LLP

By: /s/ Frederick E. Schmidt /HvH
Frederick E. Schmidt
eschmidt@herrick.com
Joshua J. Angel
jangel@herrick.com

2 Park Avenue
New York, New York 10015
Telephone: (212) 545-3474
Facsimile: (212) 545-3474

BLACKNER, STONE & ASSOCIATES

Richard L. Stone
rstoneesq@aol.com
123 Australian Ave.
Palm Beach, Florida 33480

*Attorneys for the Goldman Appellants*

SCHULTE ROTH & ZABEL LLP

By: /s/ Marcy R. Harris
William D. Zabel
william.zabel@srz.com
Marcy Ressler Harris
Marcy.harris@srz.com
Michael Kwon
michael.kwon@srz.com
Jennifer M. Opheim
jennifer.opheim@srz.com

919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

*Attorneys for the Intervenors*

SO ORDERED this _____ day of _____, 2014

_____
UNITED STATES DISTRICT COURT JUDGE